**STATE of Missouri, Respondent,**

v.

**Christopher GRIDDINE, Appellant.**

No. WD 51804.

Missouri Court of Appeals,
Western District.

Aug. 26, 1997.

Freddie Lawrence Warren, Kansas City, for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Before LAURA DENVIR STITH, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

The defendant raises two points on his appeal from his conviction and eighteen-year sentence as a prior offender (§ 558.016.2, RSMo Supp.1992), for forcible rape

(§ 560.030, RSMo Supp.1992). Affirmed. Rule 30.25(b) V.A.M.R.